THE PEOPLE OF THE STATE OF NEW YORK ex rel. " ANONYMOUS ", Appellant, against REBECCA TALBOT PERKINS ADOPTION SOCIETY, INC., et al., Respondents.

Argued May 28, 1947; decided July 2, 1947.

560

*Murray J. Perelstein* and *Irving Perelstein* for appellant.

*Benjamin C. Ribman, Myron M. Fineman* and *Horace M. Cohen* for respondents.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.